## Elizabeth Margaret Lewis, Appellee, v. Sophie J. Blumenthal et al. Paul A. F. Warnholtz, Appellant.

### Gen. No. 43,535.

558

Heard in the first division, first district, this court at the October term, 1945; opinion filed January 7, 1946; rehearing denied January 21, 1946; released for publication January 21, 1946. Paul A. F. Warnholtz, *pro se;* Cloyes & Cavender, for appellee. Opinion by JUSTICE O'CONNOR. Not to be published in full.